WESTERN NEW YORK WATER COMPANY, Appellant, *v.* ERIE COUNTY WATER AUTHORITY et al., Respondents.

Submitted October 6, 1952; decided October 9, 1952.

*Melvin L. Bong* and *Elmer R. Weil* for motion.

*Reid S. Moule* and *Raymond T. Miles* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.